UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYNDI AMBER C.,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO,[2] Commissioner of Social Security, <br><br> Defendant. | Case No. 8:25-cv-00389-FWS-SSC <br><br> **JUDGMENT** |

///
///
///

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States issued on May 1, 2018.

[2] The Commissioner's name has been updated in accordance with Rule 25(d) of the Federal Rules of Civil Procedure.

1    Pursuant to the Order Accepting Findings, Conclusions, and
2    Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the
3    decision of the Commissioner is **AFFIRMED**.

Dated:  December 10, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2